IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **In Re: Material Witness** | : | |
| **JASON PRICE** | : | File No. 3:23-mj-12 (CHW) |
| | : | |

### ORDER APPOINTING COUNSEL

JASON PRICE has been named as a material witness in a criminal action against SONNI VICKERS, Case No. 3:22-cr-9 (TES). The Court has found that the witness would benefit from the assistance of counsel to advise the witness as to his interests, including matters of self-incrimination and legal privilege. The Court has also found that the witness is unable to obtain adequate legal representation, authorizing the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, *et seq*.

Accordingly, attorney Edward Tolley is hereby appointed to represent JASON PRICE, related to testimony in this case.

**SO ORDERED**, this the 31st day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge